IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS MERCURIO and COLLEEN MERCURIO<br><br>Plaintiffs,<br><br>v.<br><br>LOUISVILLE LADDER, INC.<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: 3:16-CV-412<br>: (JUDGE MARIANI)<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 24th DAY OF AUGUST, 2018,** upon consideration of Defendant's Motion in Limine to Preclude Stephen Fournier (Doc. 20), arguments and evidence presented at the August 1, 2018 *Daubert* hearing, and all accompanying briefs, **IT IS HEREBY ORDERED THAT**, for the reasons set forth in the accompanying memorandum opinion, Defendant's Motion in Limine (Doc. 20) is **DENIED.**

_____
Robert D. Mariani
United States District Judge