IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS G. MERCURIO, et al.

        Plaintiffs,

v.                                3:16-CV-412
                                   (JUDGE MARIANI)

LOUISVILLE LADDER, INC.,

        Defendant.

## ORDER

AND NOW, THIS _17th_ DAY OF APRIL 2019, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion in Limine to Preclude Introduction of Compliance with Industry and Government Standards (Doc. 41) is **GRANTED AS MODIFIED**;

2. The Motion in Limine of Defendant, Louisville Ladder, Inc., to Preclude Evidence of Other Ladder Accidents and Claims (Doc. 43) is **GRANTED**.

                                                   Robert D. Mariani
                                                   United States District Judge